## McCONNELL *v.* THE STATE.

COBB, J. Under the evidence disclosed by the record, a verdict for assault with intent to murder was unauthorized. Taking the testimony most strongly against the accused, it did not warrant a conviction for any higher offense than that of stabbing.

*Judgment reversed. All the Justices concurring, except Lewis, J., absent.*

Submitted April 15,—Decided April 25, 1901.

Indictment for assault with intent to murder. Before Judge Henry. Floyd superior court. March 26, 1901.

*John W. Bale,* for plaintiff in error.
*Moses Wright, solicitor-general,* contra.